JS6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM BRADLEY, <br> Petitioner, <br> v. <br> STUART SHERMAN, Warden, <br> Respondent. | Case No. 2:20-cv-06294-JVS (SHK) <br><br> **JUDGMENT** |

Pursuant to the Order Accepting Findings and Recommendation of United States Magistrate Judge,

IT IS HEREBY ADJUDGED that this action is DISMISSED with prejudice.

Dated: September 28, 2020

HONORABLE JAMES V. SELNA
United States District Judge